# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| TAMMY L. KNOX, | ) |
| | ) |
|       Plaintiff, | ) |
|  v. | )   No. 2:17-cv-193-GZS |
| | ) |
| NANCY A. BERRYHILL, Deputy | ) |
| Commissioner of Department of | ) |
| Social Security, | ) |
| | ) |
|       Defendant. | ) |

# ORDER AFFIRMING THE
# RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 15) filed April 21, 2018, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the Commissioner's Decision is hereby **AFFIRMED**.

                                                         /s/ George Z. Singal
                                                       United States District Judge

Dated this 8th day of May, 2018.